TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00100-CV

Charles T. Newlin and Alton Withers, Jr., Appellants

v.

Janecka, Inc., Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT

NO. 95-08504, HONORABLE PAUL R. DAVIS, JR., JUDGE PRESIDING 

PER CURIAM

 Because appellants Charles T. Newlin and Alton Withers, Jr. have failed to file a
brief, we will dismiss the appeal for want of prosecution. See Tex. R. App. P. 38.8(a)(1),
42.3(b).

 The Clerk of this Court filed the clerk's record in this cause on February 26, 1998. 
Accordingly, appellants' brief was due on Monday, March 30, 1998. 

 This Court extended the appellate deadlines after learning that settlement
negotiations were nearing completion.

 By letter dated December 22, 1998, this Court overruled appellee's Motion to
Dismiss Appeal. That same day, the Clerk of this Court again notified the parties that the appeal
was subject to dismissal for want of prosecution unless appellants filed a brief by January 22,
1999, or tendered a motion for extension of time reasonably explaining the failure to do so. Thus
far, appellants have submitted neither a brief nor a motion for extension of time to file a brief.

 Accordingly, we dismiss the appeal for want of prosecution on our own motion. 
Id. 42.3(b).

Before Chief Justice Aboussie, Justices Kidd and Patterson

Dismissed for Want of Prosecution

Filed: March 11, 1999

Do Not Publish